IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLIAM BROWN,  <br>            Plaintiff,  <br>vs.  <br>CALIFORNIA DEPARTMENT OF CORRECTIONS; LT. DEWHITE, ADA COORDINATOR,  <br>            Defendants. | No. C 07-00317 JW (PR)  <br>ORDER OF TRANSFER  <br>(Docket Nos. 2, 4, & 8) |

Plaintiff, an inmate at the Santa Clara County Jail, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983 alleging that the two defendants, the California Department of Corrections and Rehabilitation ("C.D.C.R.") and Lieutenant DeWhite, the Americans With Disabilities Act ("A.D.A.") Coordinator at the Deuel Vocational Institute ("D.V.I."), violated his rights under the A.D.A. while plaintiff was incarcerated at D.V.I..

Venue may be raised by the court sua sponte where the defendant has not filed a responsive pleading and the time for doing so has not run. See Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986). When jurisdiction is not founded

Order of Transfer
N:\Pro - Se\7.27.2007\07-00317 Brown00317_transfer.wpd

solely on diversity, venue is proper in (1) the district in which any defendant resides, if all of the defendants reside in the same state; (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.  See 28 U.S.C. § 1391(b).  When venue is improper, the district court has the discretion to either dismiss the case or transfer it "in the interest of justice."  See 28 U.S.C. § 1406(a).

It is clear from the instant complaint and the attachments thereto that plaintiff's claims arise out of actions alleged to have been committed at D.V.I., in Tracy, California.  Defendant C.D.C.R. is located in Sacramento, California, and defendant DeWhite is located at D.V.I..  Sacramento and Tracy are located within the venue of the Eastern District of California.  See 28 U.S.C. §§ 84(b).  As a result, venue is proper in the Eastern District of California, not in the Northern District.

Accordingly, in the interest of justice, the above-titled action is hereby TRANSFERRED to the United States District Court for the Eastern District of California.  In light of the transfer, this Court will defer to the Eastern District with respect to plaintiff's in forma pauperis application, motion to amend, and request for service.

The clerk shall transfer this matter, close the file and terminate Docket Nos. 2, 4, & 8 on this Court's docket.

DATED:  July 19, 2007

JAMES WARE
United States District Judge

Order of Transfer
N:\Pro - Se\7.27.2007\07-00317 Brown00317_transfer.wpd            2